UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN WALDEN,

Plaintiff,

-against-

CITY OF NEW YORK, SHILPA KALRA, DETECTIVE JAMES MEEHAN, DETECTIVE STEVE STANLEY, MUNICIPALITY OF NEW YORK, DISTRICT ATTORNEY ALVIN BRAGG, AND SUPERINTENDENT WALCOTT,

Defendants.

26cv6776 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 20, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 27, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge